IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>WILLIAM ANDREW STACK, ESQ.,<br><br>Defendant. | No.:  1:21-cv-00051-LY |

## SCHEDULING ORDER

Pursuant to Local Rule CV-88, and for good cause shown by both parties, plaintiff Securities and Exchange Commission and defendant William Andrew Stack, Esq., pursuant to their joint letter motion dated April 16, 2022, the Court hereby exempts the parties in this case from meeting with and hiring an alternate dispute resolution provider ("ADR").  Instead, the parties in this case will meet with a magistrate in this Court to discuss settlement after discovery ends or earlier upon request of the parties.

SIGNED this_____day of_____, 20_____.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE